**A. F. GALLUN & SONS CORPORATION, Plaintiff-Appellee, v. UNITED SHOE WORKERS OF AMERICA, LOCAL NO. 29 (CIO), Nathan Garfield and Anton Weber, Defendants-Appellants.**

No. 6586.

Circuit Court of Appeals, Seventh Circuit.
July 22, 1938.

Leo Mann and Chas. B. Quarles, both of Milwaukee, Wis., for plaintiff-appellee.

Max E. Geline, of Milwaukee, Wis., for defendants-appellants.

Before MAJOR, Circuit Judge.

MAJOR, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated by and between the parties hereto, by their respective attorneys, that the above entitled appeal may be dismissed, and that an order dismissing the same may be entered without notice.

"Dated this 14th day of July, 1938."

On consideration whereof, it is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs, pursuant to the foregoing stipulation.

**Earl ALEXANDER, Petitioner, v. Thomas C. MUNGER, United States District Judge, etc.**

No. 418.

Circuit Court of Appeals, Eighth Circuit.
Aug. 22, 1938.

Earl Alexander, of Washington, D. C., for petitioner.

No appearance for respondent.

PER CURIAM.

Petition for writ of mandamus denied.

**R. E. ALLEN, as Receiver, etc., v. Robert E. CLARK, United States Marshal, etc., et al.**

No. 9123.

Circuit Court of Appeals, Ninth Circuit.
March 23, 1939.

William C. Ring, of Los Angeles, Cal., for appellant.

Irl D. Brett, of Los Angeles, Cal., for appellees.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a decree of dismissal be filed and entered pursuant to stipulation, and that the mandate of this court in this cause issue forthwith.